## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

RENE VARGAS GUERRA

DEBTOR(S)

CASE NUMBER: 10-09116 (SEK)

CHAPTER 13 ASSET CASE)

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

   **a. Amended in order to correct the step payment.**

3. Debtor (s) amend plan call twenty seven(27) payments of $300.00 and thirty three (33) payments of $650.00 for a total base of $29,550.00 dollars with a provision for the payment of pre petition arrears to BBVA, account ending number-7049, the payment in full with Chrysler Financial and Mueblerias Berrios.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

**NOTICE**

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 21ST, day of December, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                              Case No. **10-09116-13**

**VARGAS-GUERRA, RENE**                     Chapter **13**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____            ☑ AMENDED PLAN DATED: **12/2?/2010**
☐ PRE ☐ POST-CONFIRMATION         Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$    300.00 x   27 = $     8,100.00
$    650.00 x   33 = $   21,450.00
$              x       = $
$              x       = $
$              x       = $

             TOTAL: $   29,550.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $   29,550.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $   **2,900.00**

Signed: **/s/ RENE VARGAS-GUERRA**
         Debtor

         Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR    $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BBVA BANCO**      Cr. _____      Cr. _____
# **9614207049**      # _____      # _____
$   **615.00**      $ _____      $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CHRYSLER FINANCI** Cr. **MUEBLERIAS BERR** Cr. _____
# **2292**      # **1307475005**      # _____
$   **16,695.71**      $   **7,015.32**      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____      Cr. _____      Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BBVA BANCO**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                   ☐ Paid 100% / ☐ Other: _____
Cr. _____      Cr. _____      Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

IN RE VARGAS-GUERRA, RENE					Case No. **10-09116-13**
						Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | ORLANDO RIVERA | | |

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.**

**INSURANCE TO CHRYSLER FINANCIAL THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON JUNE 2014**

**ADEQUATE PROTECTION PAYMENT TO CHRYSLER FINANCIAL UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.**

| | |
|---|---|
| VARGAS-GUERRA RENE<br>URB SANTA JUANITA<br>ED-3 CALLE PARANA APT A<br>BAYAMON PR 00956 | ISLAND FINANCE<br>PO BOX 71504<br>SAN JUAN PR 00936 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA PR 00739-0674 |
| AT&T<br>PO BOX 15067<br>SAN JUAN PR 00902-8567 | NCO FINANCIAL SYSTEMS OF PUERTO RICO<br>PO BOX 192478<br>HATO REY PR 00918 |
| BANCO POPULAR DE PR<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | OPERATING PARTNERS CO INC<br>PO BOX 194499<br>SAN JUAN PR 00919 |
| BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN PR 00936-2589 | ORLANDO RIVERA<br>VEGA ALTA PR 00969 |
| BBVA BANCO<br>PO BOX 364745<br>SAN JUAN PR 00936-4745 | SECURITY CREDIT SERVICE<br>GECC<br>2653 WEST OXFORD LOOP SUITE 108<br>OXFORDS MS 38655 |
| CETENNIAL<br>PO BOX 71514<br>SAN JUAN PR 00936 | |
| CHRYSLER FINANCIAL SVCS<br>1120 METRO OFFICE PARK<br>IST ST#1<br>GUAYNABO PR 00968 | |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER MD 21076 | |
| FIRST PREMIER BANK<br>PO BOX 5147<br>SIOUX FALLS SD 57117-5147 | |