```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| IN RE: | CASE NO. 10-09116-SEK |
|---|---|
| RENE VARGAS GUERRA | CHAPTER 13 |
| DEBTOR (S) | |

                    TRUSTEE'S MOTION TO MODIFY OR DISMISS

TO THE HONORABLE COURT:

   NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

   1. Current Plan Base is insufficient to allow compliance with the plan disbursement schedule. 11 USC §1325(a)(6).

   2. Trustee moves the Court for an order directing the debtor(s) to amend the confirmed plan within 30 days with the warning that if no action is taken, the case will be dismissed for cause. Cause being debtor's failure to comply with the Court Order. 11 USC 1307 (c)(1).

   WHEREFORE the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered for cause pursuant to 11 U.S.C. §1307 (c) for the reasons herein set forth.

   30 DAYS NOTICE: Pursuant to General Order No. 05-09, the Debtor(s), his/her/their counsel of record, and all those parties in interest who have filed a notice of appearance in this case, are hereby notified that unless a party in interest files an objection hereto within 30 days from the date of this notice, the case may be dismissed or converted without the need of further notice or hearing.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

   In San Juan, Puerto Rico this Wednesday, June 8, 2011.

                                          /s/ Jose R. Carrion

                                          JOSE R. CARRION
                                          CHAPTER 13 TRUSTEE
                                          P.O. Box 9023884,
                                          Old San Juan Station,
                                          San Juan, P.R. 00902-3884
                                          Tel (787) 977-3535
                                          FAX (787) 977-3550

```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>RENE VARGAS GUERRA<br><br>     DEBTOR (S) | CASE NO. 10-09116-SEK<br><br>CHAPTER 13 |

```
                  AFFIDAVIT FOR DEFAULT JUDGEMENT
                   PURSUANT TO SECTION 201(b)(4)
              OF THE SERVICEMEMBERS CIVIL RELIEF ACT OF 2003
```

   I , LILA SANTIAGO FUENTES , clerk for the Chapter 13 & 12 Trustee's Office, declare under penalty of perjury, the following:

   That according to the enclosed certification, provided by the Department of Defense Manpower Data Center (DMDC), the Debtor(s) is (are) not in active duty or under call to active duty as a member(s) of the Army, Navy or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

To certify the above statement I sign this affidavit,

   In San Juan, Puerto Rico, June 07, 2011.


                              _____



**Military Status Report**
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| VARGAS GUERRA | RENE | | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon* (signature)

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

*More information on "Active Duty Status"*
Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

*Coverage Under the SCRA is Broader in Some Cases*
Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:VR84MJE1BU

10-09116-SEK                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | RENE VARGAS GUERRA<br>SANTA JUANITA<br>ED-3 CALLE PARANA APT A<br>BAYAMON, PR 00956 |
| AT&T MOBILITY PR<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | BANCO BILBAO VIZCAYA<br>C/O ENRIQUE NASSAR-RIZEK<br>PO BOX 191017<br>SAN JUAN, PR 00919-1017 |
| BANCO BILBAO VIZCAYA<br>CER DIVISION LEGAL AUTOS<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PR 00936 | BANCO SANTANDER<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| CAPITOL SECURITY<br>703 CALLE VICTOR LOPEZ<br>SAN JUAN, PR 00909 | CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 |
| CITIFINANCIAL<br>PO BOX 499<br>HANOVER, MD 21076 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| EMPRESAS BERRIOS FINANCIERA<br>PO BOX 674<br>CIDRA, PR 00739-0674 | ISLAND FINANCE A DIVISION OF SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | NCO FINANCIAL SYSTEMS OF PUERTO RICO<br>PO BOX 192478<br>HATO REY, PR 00918 |
| ORLANDO RIVERA |VEGA ALTA, PR 00969<br>VEGA ALTA, PR 00969<br>, 00000 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY, PR 00918 |

| | |
|---|---|
| PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | SECURITY CREDIT SERVICE<br>GECC<br>2653 WEST OXFORD LOOP , SUITE 108<br>OXFORDS, MS  38655 |
| DATED:   June 08, 2011 | OLGA SOSA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |